**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | FF Fund I, L.P. |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN)    27-2923633 |

4. **Debtor's address**

**Principal place of business**

**801 Brickell Ave.**
**Suite 900**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

**Miami-Dade**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☑ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **FF Fund I, L.P.**                                                    Case number (*if known*) _____
_____
Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

■ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

Debtor    **FF Fund I, L.P.**                                         Case number (*if known*) _____
_____
Name

**11. Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

| | **Statistical and administrative information** |

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets‡**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

*Estimated Assets is based on the Debtor's books and records as of 8/31/19. Amount has not been independently confirmed by the CRO.

| Debtor | **FF Fund I, L.P.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 24, 2019**
MM / DD / YYYY

**X** **/s/ Soneet R. Kapila**
Signature of authorized representative of debtor

**Soneet R. Kapila**
Printed name

Title    **Chief Restructuring Officer**

**18. Signature of attorney**

**X** **/s/ Paul J. Battista**
Signature of attorney for debtor

Date    **September 24, 2019**
MM / DD / YYYY

**Paul J. Battista 884162**
Printed name

**Genovese Joblove & Battista, P.A.**
Firm name

**100 S.E. 2nd Street**
**44th Floor**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone    **305-349-2300**    Email address

**884162 FL**
Bar number and State

## *FF FUND I, L.P.*

**UNANIMOUS WRITTEN CONSENT IN LIEU OF A MEETING
AUTHORIZING THE FILING OF CHAPTER 11 BANKRUPTCY
PROCEEDINGS AND RELATED MATTERS**

The undersigned, Soneet R. Kapila, as Chief Restructuring Officer of FF Fund I, Ltd. ("FC Fund" or the "Partnership"), with all power and authority of the General Partner of the Partnership, does hereby waive all formal requirements, including the necessity of holding a formal or informal meeting, and any requirements for notice, and does hereby consent in writing, notwithstanding any other agreement or understanding (written or verbal) to the contrary, to the adoption of the following Resolutions and taking of the following actions, in lieu of a meeting of the General Partner or the Partnership:

**BE IT RESOLVED** that the undersigned, hereby adopts these Resolutions, notwithstanding any term(s) or provision(s) (the "Other Provisions") of any agreement(s) or understanding(s) to the contrary to which the Partnership is a party, whether written or verbal ("Other Agreements"), and to the extent there are any such Other Provisions or Other Agreements, hereby directs that these Resolutions shall hereby control, supersede and replace such Other Provisions, and any such Other Agreements are hereby modified to reflect the terms and provisions set forth in these Resolutions.

**BE IT FURTHER RESOLVED** that the undersigned, on behalf of the Partnership, authorizes and empowers Soneet R. Kapila (the "Authorized Officer"), to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida on behalf of the Partnership, which filing be and the same is hereby approved (the "Chapter 11 Proceedings"); and

[12353-001/3080886/1]

**BE IT FURTHER RESOLVED** that the Authorized Officer, is hereby authorized and directed, in the name of the Partnership and on its behalf, to seek such orders from the Bankruptcy Court, including without limitation, orders regarding the operation of the business and the financing thereof, as he may deem necessary or advisable during the pendency of the Chapter 11 Proceedings, including taking any and all action necessary to comply with the duties and obligations of the Partnership under and related to the Bankruptcy Code, and in connection therewith, to execute and file with the Bankruptcy Court such motions, applications, pleadings, certifications, affidavits or other materials, including a disclosure statement and plan of reorganization, as the Authorized Officer may deem necessary or advisable and to retain all assistance from legal counsel, accountants, consultants and other professionals, and to take any and all actions, as he deems necessary or advisable with respect to the Chapter 11 Proceedings; and

**BE IT FURTHER RESOLVED** that the Partnership, through its Authorized Officer, is: (i) authorized to retain on behalf of the Partnership the law firm of Genovese Joblove & Battista, P.A. as general bankruptcy counsel to render legal services to and to represent the Partnership in connection with the Chapter 11 Proceedings and any other matters in connection therewith, including without limitation, in the preparation and prosecution of the Chapter 11 Proceedings and all proceedings related thereto; and (ii) to retain on behalf of the Partnership such other professionals that the Authorized Officer deems necessary or advisable to represent or assist the Partnership as is necessary in connection with the Chapter 11 Proceedings; and

**BE IT FURTHER RESOLVED**, that the Authorized Officer of the Partnership is hereby authorized, empowered and directed to do all things and to take all actions which such

[12353-001/3080886/1]

officer may deem necessary or advisable to accomplish the purposes and intent of the foregoing resolutions; and

**BE IT FURTHER RESOLVED** that the foregoing Resolutions shall be effective as of the 24th day of September 2019.

IN WITNESS WHEREOF, the undersigned has hereunto set his hand and seal for the purposes herein expressed.

FF Fund I, L.P.

By: _____

Soneet R. Kapila, Chief Restructuring Officer

Aaron & Danielle Bernthal
11 Cedar Lane
Port Washington, NY 11050


Adrian E. Ulrich
210 East 68th Street
Apt. 8K
New York, NY 10065


Adrien G. Fraise
150 East 73rd Street
Apt. 5B
New York, NY 10021


Amy A. Agan, CPA, PLLC
6 Beechwood Dr.
Burnt Hills, NY 12027


Andrew & Kate Ullman
37 Meadow Ridge Drive
Corte Madera, CA 94925


Andrew & Peggy Franzone
1 Gracie Terrace
New York, NY 10028


Andrew T. Franzone, LLC
801 Brickell Ave.
Suite 900
Miami, FL 33131


Ann Lewin Revocable Trust
7663 Fisher Island Drive
Miami Beach, FL 33109


Antony J. Ellis
1 Sheridan Square
Apt. 2C
New York, NY 10014


Arnold Estates Investments, LLC

Aron & Penina Schoenfeld
7427 Avenida Del Mar
Unit #2905
Boca Raton, FL 33433


Arthur Millholland
220 Pumphill Gardens SW
Calgary, Alberta
Canada, T2V4M6


Benner A. Ulrich
225 Lafayette Street
Apt. 5B
New York, NY 10012


Blake Mallen 2013 Trust
2751 Centerville Road
Suite 400
Wilmington, DE 19808


Brave Equity Ventures, LLC
62 West 45th Street
8th Floor
New York, NY 10036


Buckley Gent & Cary, P.C.
100 Great Oaks Blvd.
Suite 121
Albany, NY 12203


City of Miami
444 SW 2 Ave
Miami, FL 33130


Dale Schlather
420 East 54th Street
Apt. 31G
New York, NY 10022


Deborah Grausman
155 West 68th Street
Apt. 519
New York, NY 10023

Deborah L. Palmer
PO Box 767
Manvel, TX 77578


Dennis Hersch TTEE, The Linden
West Trust - DTD 9/26/2013
8000 Walton Pkwy, Suite 100
New Albany, OH 43054-7075


Dennis S. Hersch
c/o Zi-Xiang Shen, Esq.
1201 N. Market St.
PO Box 1347
Wilmington, DE 19899


Dimension Capital Management
1221 Brickell Ave.
24th Floor
Miami, FL 33131


Dustin Skinner
1799 Arash Circle
Port Orange, FL 32128


Elkie Freydberg
360 Riverside Drive
Apt. 7B
New York, NY 10025


Ellen I. Sykes
170 East 78th Street
Apt. 6E
New York, NY 10075


Emre & Solita Marcelli
2 River Terrace
Apt 15J
New York, NY 10282


Evans & Son, Ltd.
250 South Beach Street
Daytona Beach, FL 32114

F. Perlberg Consulting Inc.
10 Rutgers St.
Apt. 4E
New York, NY 10002


Felise Feingold
61 Prospect Hill St.
Newport, RI 02840


FF Fund Management, LLC
801 Brickell Avenue
Suite 900
Miami, FL 33131


FF Reserve Account, LLC
801 Brickell Avenue
Suite 900
Miami, FL 33131


Fiona M. Caldow
Dalmore, 26 Shanter Wynd
Aloway, Ayr, Ayrshire
Scotland KA74RS


Franklin Weil
10 Mahan Road
Old Bethpage, NY 11804


Guy Butler
16 Jubilee Street
Rothwell, Northants
NN14 6BJ
England


HKW 2018 Trust
1 Whitebarn Road
New Albany, OH 43054


Hope Brown
333 Central Park West
Apt. 34
New York, NY 10025


Internal Revenue Service
Po Box 21126
Philadelphia, PA 19114

IntraLinks
685 3rd Ave.
9th Floor
New York, NY 10017

Jack Ellis
84 Church Way
Northampton NN33BY
UNITED KINGDOM

James & Jennifer Franzone
3867 Jackson Street
San Francisco, CA 94118

James A Franzone Custodian Until Age 21
FBO James R.W. Franzone
3867 Jackson Street
San Francisco, CA 94118

James A Franzone Custodian Until Age 21
FBO Lucia G. Franzone
3867 Jackson Street
San Francisco, CA 94118

James A Franzone Custodian Until Age 21
FBO Anna E. Franzone
3867 Jackson Street
San Francisco, CA 94118

James M. Dawson
2149 Sunset Plaza Drive
Los Angeles, CA 90069

James Moore & Co.
121 Executive Cir.
Daytona Beach, FL 32114

James V.V. Burke
1030 Cotorro Avenue
Coral Gables, FL 33146

Jarrah Venables
Avenue House, Southgate
Chichester, West Sussex
P019 1ES
England

Jason Feingold
636 Broadway
Suite 1000
New York, NY 10012


Jeanne M. Franzone, MD
1 Gracie Terrace
New York, NY 10028


Jeffrey H. Lasky
63 Schriever lane
New City, NY 10956


Jennifer Grausman
45 West 67th Street
Apt. 9C
New York, NY 10023


Jonathan Stein
155 East 31st Street
Apt. 30N
New York, NY 10016


Joseph P. Habboushe
1 Irving Place
Apt. G17F
New York, NY 10003


Keith M. Rosenbloom
900 Fifth Avenue
Apt. 5A
New York, NY 10021


Kimple 2009 Trust
3505 Turtle Creek
Suite PH20A
Dallas, TX 75219


Lewis & Stalene Hall
17 Old Grange Road
Hopewell Junction, NY 12533

Maher Al Jallad
9001 Boulevard de l'Acadie
Suite 904
Montreal, Quebec H4N 3H5
Canada


Margaux Lisiak
2 Rigene Road
Harrison, NY 10528


Matthew S. Magnuson
19 Perry Street
1st Floor
New York, NY 10014


Miami-Dade County Tax Collector
140 West Flagler Street
Room 101
Miami, FL 33130


Michael J. Rosenthal
11011 NE 9th Street
Apt. 311
Bellevue, WA 98004


Michael J. Skinner
6719 Duckhorn Court
Port Orange, FL 32128


Michael S. Fox
Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York, NY 10019


Mike C. Skinner
1898 Seclusion Drive
Port Orange, FL 32128


Millennium Trust Company Custodian FBO M
212 Beach 136th Street
Belle Harbor, NY 11694


NAV Consulting, Inc.
1 Trans Am Plaza Drive
Suite 400
Villa Park, IL 60181

Nicholas & Kathryn Stein
40 West 24th Street
Apt. 3N
New York, NY 10010


Nicholas F. Cohen
1192 Park Avenue
Apt. 2E
New York, NY 10128


Northbrook Real Estate Partners, LLC
P.O. Box 3822
New York, NY 10185


Northern Trust Company FBO Raymond L. Fl
505 South Flagler Drive
Suite 900
West Palm Beach, FL 33401


Paul McCarthy
Rockfield, Racecourse Cross
Cashel, CoTipperary
Ireland


PENSCO Trust Co. Cust FBO Michael F. Str
56 Barrow Street
New York, NY 10014


PENSCO Trust Co. Cust. FBO James P. Slet
46 East 91st St.
Apt. 10B
New York, NY 10128


PENSCO Trust Co. Custodian FBO Ameet B.
447 Shelbourne Terrace
Ridgewood, NJ 07450


PENSCO Trust Co. Custodian FBO Charles H
866 Estes Street
Charlottesville, VA 22903


PENSCO Trust Co. Custodian FBO Kate R. U
37 Meadow Ridge Drive
Corte Madera, CA 94925

PENSCO Trust Co. FBO Lynne Kushnirenko,
111 Kilson Drive
Suite 104
Mooresville, NC 28117


PENSCO Trust Company Cust FBO Ashleigh K
13951 Cinnabar Place
Huntersville, NC 28078


PENSCO Trust Company Cust. FBO Daniel J.
40 Linwood Circle
Princeton, NJ 08540


PENSCO Trust Company Custodian FBO
Jason P. Feingold, IRA
636 Broadway
Suite 1000
New York, NY 10012


PENSCO Trust Company Custodian FBO
Robert A. Farina, IRA
2409 Scott St.
Apt 2
San Francisco, CA 94115


PENSCO Trust Company Custodian FBO Amali
3 Sheridan Square
Apt. 6E
New York, NY 10014


PENSCO Trust Company Custodian FBO Andre
801 Brickell Ave.
Suite 900
Miami, FL 33131


PENSCO Trust Company Custodian FBO Anna
444 East 75th Street
Apt. 8F
New York, NY 10021


PENSCO Trust Company Custodian FBO Ashle
13951 Cinnabar Place
Huntersville, NC 28078

```
PENSCO Trust Company Custodian FBO Brian
300 East 57th Street
Apt 5A
New York, NY 10022


PENSCO Trust Company Custodian FBO Chris
295 Park Avenue South
Apt. 2J
New York, NY 10010


PENSCO Trust Company Custodian FBO Dale
420 East 54th Street
Apt. 31G
New York, NY 10022


PENSCO Trust Company Custodian FBO Denni
31 East 79th Street
New York, NY 10075


PENSCO Trust Company Custodian FBO Emily
46 West 14th Street
Apt. 5F
New York, NY 10011


PENSCO Trust Company Custodian FBO Grant
3932 Hawthorne Avenue
Dallas, TX 75219


PENSCO Trust Company Custodian FBO Josep
1 Irving Place
Apt. G17F
New York, NY 10003


PENSCO Trust Company Custodian FBO Kathr
303 West 66th St.
Apt. 5CE
New York, NY 10023


PENSCO Trust Company Custodian FBO Kenne
17 Ross Lane
Middleton, MA 01949


PENSCO Trust Company Custodian FBO Kenne
165 East 72nd Street
Apt. 9G
New York, NY 10021
```

PENSCO Trust Company Custodian FBO Matth
666 Greenwich Street
Apt. 829
New York, NY 10014


PENSCO Trust Company Custodian FBO Rafi
67-85 Alderton Street
1st Floor
Rego Park, NY 11374


PENSCO Trust Company Custodian FBO Richa
399 Washington Street
Apt #5
New York, NY 10013


PENSCO Trust Company FBO
Anne K. Farina, IRA
2409 Scott St., Apt. 2
San Francisco, CA 94115


PENSCO Trust Company FBO Anthony T. Nios
615 Dune Road
Westhampton Beach, NY 11978


PENSCO Trust Company FBO James V.V. Burk
1030 Cotorro Avenue
Coral Gables, FL 33146


PENSCO Trust Company FBO Robin S. Kelleh
9104 Colt Lane
Annandale, VA 22003


Peter B. Bernagozzi
18 Seneca Drive
Hampton Bays, NY 11946


Philip E. Gaucher, Jr.
26 E. 63rd Street
Apt. 213
New York, NY 10065


Rafi Hovsepian
67-85 Alderton Street
1st Floor
Rego Park, NY 11374

Regus - Florida
801 Brickell Ave.
Suite 900
Miami, FL 33131

Richard B. Baer
300 Avenue of Champions
Suite 140
Palm Beach Gardens, FL 33418

Richard Grausman
15 West 81st Street
Apt. 7B
New York, NY 10024

Richard Pacheco
399 Washington Street
Apt #5
New York, NY 10013

Roee & Melissa Wiczyk
2280 Ysidro Drive
Beverly Hills, CA 90210

Ronald & Renee Steinberg
53 Phillips Hill Road
New City, NY 10956

RSM US LLP
151 W. 42nd Street
New York, NY 10036

Rudder IT
19058 Whisperwood Way
Port Orange, FL 32128

Securities And Exchange Commission
3475 Lenox Road N.E. # 1000
Atlanta, GA 30326-1232

Sheryl Parkin
55 Mayfair Road SW
Calgary, Alberta
Canada, T2V1Y8

Simpson Thacher & Bartlett LLP
425 Lexington Ave.
New York, NY 10017


State Of Florida Department Of Revenue
Po Box 6668
Tallahassee, FL 32314


Stephen A. Koldyke
2221 East Lamar Boulevard
Suite 170
Arlington, TX 76006


Susan Grausman
15 West 81st Street
Apt. 7B
New York, NY 10024


Susan S. Andelman
30 East 62nd Street
Apt. 3E
New York, NY 10065


Talson Capital Management LP
23 Old Kings Highway S.
Darien, CT 06820


TD Ameritrade Custodian FBO Andrew T. Fr
801 Brickell Ave.
Suite 900
Miami, FL 33131


TD Ameritrade Custodian FBO Jeffrey Lask
63 Shriever Lane
New City, NY 10956


TD Ameritrade Custodian FBO Stalene C. H
17 Old Grange Road
Hopewell Junction, NY 12533


TD Ameritrade Custodian. FBO Vinay Kolla
79 Valley View Ave.
Summit, NJ 07901

TD Ameritrade FBO O'Donnell Lee, IRA
127 Cove Road
Oyster Bay, NY 11771


TD Ameritrade FBO Rachel Lee, IRA
127 Cove Road
Oyster Bay, NY 11771


Thad J. Bracegirdle
Wilks Lukoff & Bracegirdle, LLC
4250 Lancaster Pike
Suite 200
Wilmington, DE 19805


The Pyne Co.'s Ltd. Profit Sharing Plan
3 Sheridan Square
Apt. 6E
New York, NY 10014


Timothy M. Evans
161 West Canton Street
Boston, MA 02118


TMT Partners, Ltd.
100 Crescent Court
Suite 525
Dallas, TX 75201


Unkar Systems, Inc.
1039 Serpentine Lane
Suite G
Pleasanton, CA 94566


US Attorneys' Office
99 NE 4th St
Miami, FL 33132


US Trustee
51 SW 1st Ave.
Miami, FL 33130


Vinay S. Kolla
79 Valley View Ave.
Summit, NJ 07901

```
Ware & Amalia Sykes
3 Sheridan Square
Apt. 6E
New York, NY 10014


WeHaBe Beheer BV
Elshoekwec 4A
Aalten, Netherlands 7122NG


William A. Freydberg
360 Riverside Drive
Apt. 7B
New York, NY 10025
```