# United States Bankruptcy Court
## Southern District of Florida

In re  **FF Fund I, L.P.**  
Debtor(s)

Case No.  
Chapter  **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **FF Fund Management, LLC**<br>**801 Brickell Ave.**<br>**Suite 900**<br>**Miami, FL 33131** | | **.0154% (estimated)** | **General Partner** |

**Schedule of Limited Partners Attached**

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Restructuring Officer** of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **September 24, 2019**

Signature  **/s/ Soneet R. Kapila**  
**Soneet R. Kapila**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.  
18 U.S.C. §§ 152 and 3571.

| Count | Limited Partner | As of August 31, 2019 | Estimated % of Limited Partnership Interest |
|---|---|---|---|
| 1 | Dennis Hersch TTEE, The Linden West Trust | 33,695,434.87 | 68.85% |
| 2 | PENSCO Trust Company Custodian FBO Dennis S. Hersch IRA | 1,653,774.44 | 3.38% |
| 3 | William A. Freydberg | 1,375,294.19 | 2.81% |
| 4 | Blake Mallen 2013 Trust | 1,341,183.71 | 2.74% |
| 5 | HKW 2018 Trust | 986,123.27 | 2.01% |
| 6 | Northbrook Real Estate Partners, LLC | 875,043.14 | 1.79% |
| 7 | Aaron & Danielle Bernthal | 562,435.95 | 1.15% |
| 8 | Kimple 2009 Trust | 521,744.16 | 1.07% |
| 9 | WeHaBe Beheer BV | 513,224.22 | 1.05% |
| 10 | Deborah L. Palmer | 466,136.31 | 0.95% |
| 11 | PENSCO Trust Company Custodian FBO Kenneth Eng, IRA | 458,107.00 | 0.94% |
| 12 | Hope Brown | 355,140.05 | 0.73% |
| 13 | Nicholas & Kathryn Stein | 290,030.50 | 0.59% |
| 14 | Ellen I. Sykes | 260,206.66 | 0.53% |
| 15 | Ann Lewin Revocable Trust | 237,276.87 | 0.48% |
| 16 | Ware & Amalia Sykes | 236,092.09 | 0.48% |
| 17 | PENSCO Trust Company Custodian FBO Kenneth P. Lisiak, IRA | 214,406.38 | 0.44% |
| 18 | PENSCO Trust Company FBO Anthony T. Niosi, IRA | 206,580.96 | 0.42% |
| 19 | Susan Grausman | 204,183.33 | 0.42% |
| 20 | Adrian E. Ulrich | 196,457.09 | 0.40% |
| 21 | PENSCO Trust Company Custodian FBO Kathryn M. Gregory, IRA | 170,309.57 | 0.35% |
| 22 | Timothy M. Evans | 167,438.90 | 0.34% |
| 23 | The Pyne Co.'s Ltd. Profit Sharing Plan FBO Amalia P. Sykes | 161,338.81 | 0.33% |
| 24 | Paul McCarthy | 156,575.76 | 0.32% |
| 25 | PENSCO Trust Company FBO James V.V. Burke, IRA | 145,418.31 | 0.30% |
| 26 | Jennifer Grausman | 143,311.53 | 0.29% |
| 27 | Elkie Freydberg | 140,010.28 | 0.29% |
| 28 | Vinay S. Kolla | 134,957.55 | 0.28% |
| 29 | Keith M. Rosenbloom | 132,571.92 | 0.27% |
| 30 | Richard B. Baer | 132,222.44 | 0.27% |
| 31 | Fiona M. Caldow | 130,700.79 | 0.27% |
| 32 | Deborah Grausman | 124,508.34 | 0.25% |
| 33 | Richard Grausman | 124,508.34 | 0.25% |
| 34 | Arthur Millholland | 124,460.45 | 0.25% |
| 35 | Jonathan Stein | 122,573.93 | 0.25% |
| 36 | PENSCO Trust Company Custodian FBO Dale Schlather | 105,445.77 | 0.22% |
| 37 | PENSCO Trust Company Custodian FBO Brian Stein | 100,027.10 | 0.20% |
| 38 | PENSCO Trust Company Custodian FBO Andrew T. Franzone, IRA | 99,954.35 | 0.20% |
| 39 | TD Ameritrade Custodian. FBO Vinay Kolla - IRA | 97,738.11 | 0.20% |
| 40 | PENSCO Trust Company Custodian FBO Matthew R. Evans, IRA | 96,253.03 | 0.20% |
| 41 | PENSCO Trust Company Custodian FBO Anna M. Alaimo, IRA | 89,104.76 | 0.18% |
| 42 | PENSCO Trust Company FBO Robin S. Kelleher, IRA | 86,734.42 | 0.18% |
| 43 | F. Perlberg Consulting Inc. | 78,916.82 | 0.16% |
| 44 | Susan S. Andelman | 77,443.54 | 0.16% |
| 45 | PENSCO Trust Company Cust. FBO Daniel J. Delaney, IRA | 75,043.91 | 0.15% |
| 46 | Benner A. Ulrich | 74,894.34 | 0.15% |
| 47 | Joseph P. Habboushe | 73,667.91 | 0.15% |
| 48 | Roee & Melissa Wiczyk | 72,451.72 | 0.15% |
| 49 | Maher Al Jallad | 66,698.68 | 0.14% |
| 50 | Rafi Hovsepian | 66,108.35 | 0.14% |
| 51 | Brave Equity Ventures, LLC | 55,529.97 | 0.11% |
| 52 | PENSCO Trust Company Custodian FBO Richard J. Pacheco, IRA | 52,969.78 | 0.11% |
| 53 | PENSCO Trust Co. FBO Lynne Kushnirenko, IRA | 51,057.93 | 0.10% |
| 54 | Antony J. Ellis | 50,489.06 | 0.10% |
| 55 | Nicholas F. Cohen | 50,136.69 | 0.10% |
| 56 | PENSCO Trust Co. Cust. FBO James P. Sletteland, Jr., IRA | 42,835.44 | 0.09% |
| 57 | PENSCO Trust Company Custodian FBO Grant M. Kornman, IRA | 40,378.95 | 0.08% |
| 58 | PENSCO Trust Co. Cust FBO Michael F. Streicker IRA | 36,768.56 | 0.08% |
| 59 | PENSCO Trust Company Custodian FBO Emily A. Farley, IRA | 36,371.07 | 0.07% |
| 60 | PENSCO Trust Company Custodian FBO Joseph P. Habboushe, IRA | 35,052.20 | 0.07% |
| 61 | Sheryl Parkin | 31,080.86 | 0.06% |
| 62 | PENSCO Trust Co. Custodian FBO Charles H. Majors, IRA | 30,487.24 | 0.06% |
| 63 | PENSCO Trust Company Custodian FBO Amalia P. Sykes, IRA | 27,460.28 | 0.06% |
| 64 | Stephen A. Koldyke | 26,634.68 | 0.05% |

Schedule of Limited Partners

| Count | Limited Partner | As of August 31, 2019 | Estimated % of Limited Partnership Interest |
|---|---|---|---|
| 65 | TD Ameritrade Custodian FBO Stalene C. Hall, IRA | 25,774.17 | 0.05% |
| 66 | PENSCO Trust Company Custodian FBO Ashleigh K. Aungst, IRA | 24,223.20 | 0.05% |
| 67 | Peter B. Bernagozzi | 24,049.68 | 0.05% |
| 68 | PENSCO Trust Company Custodian FBO Rafi Hovsepian, IRA | 23,864.52 | 0.05% |
| 69 | PENSCO Trust Co. Custodian FBO Kate R. Ullman, IRA | 22,573.50 | 0.05% |
| 70 | Ronald & Renee Steinberg | 18,570.62 | 0.04% |
| 71 | PENSCO Trust Company Custodian FBO Christine A. Avery, IRA | 16,137.00 | 0.03% |
| 72 | Michael J. Rosenthal | 15,881.06 | 0.03% |
| 73 | PENSCO Trust Co. Custodian FBO Ameet B. Amin, IRA | 14,401.03 | 0.03% |
| 74 | Lewis & Stalene Hall | 14,146.79 | 0.03% |
| 75 | TD Ameritrade FBO Rachel Lee, IRA | 14,129.77 | 0.03% |
| 76 | Michael J. Skinner | 13,645.89 | 0.03% |
| 77 | TD Ameritrade Custodian FBO Jeffrey Lasky, IRA | 11,743.54 | 0.02% |
| 78 | Andrew T. Franzone, LLC | 10,368.46 | 0.02% |
| 79 | TD Ameritrade Custodian FBO Jeffrey Lasky, IRA | 9,327.43 | 0.02% |
| 80 | Adrien G. Fraise | 8,677.92 | 0.02% |
| 81 | PENSCO Trust Company Custodian FBO Rafi Hovsepian, IRA | 8,471.63 | 0.02% |
| 82 | Dustin Skinner | 8,419.09 | 0.02% |
| 83 | FF Fund Management, LLC | 7,555.44 | 0.02% |
| 84 | FF Reserve Account, LLC | 6,784.52 | 0.01% |
| 85 | Guy Butler | 5,398.35 | 0.01% |
| 86 | Richard Pacheco | 5,130.60 | 0.01% |
| 87 | James M. Dawson | 4,815.61 | 0.01% |
| 88 | Margaux Lisiak | 4,407.18 | 0.01% |
| 89 | Jarrah Venables | 4,196.11 | 0.01% |
| 90 | Dale Schlather | 3,338.88 | 0.01% |
| 91 | PENSCO Trust Company Custodian FBO Kenneth Eng IRA | 2,971.04 | 0.01% |
| 92 | Jeanne M. Franzone, MD | 2,884.90 | 0.01% |
| 93 | Andrew & Margaret Franzone | 2,840.85 | 0.01% |
| 94 | Northern Trust Company FBO Raymond L. Floyd, IRA | 2,782.03 | 0.01% |
| 95 | James & Jennifer Franzone | 2,650.09 | 0.01% |
| 96 | Mike C. Skinner | 1,966.03 | 0.00% |
| 97 | Philip E. Gaucher, Jr. | 1,930.16 | 0.00% |
| 98 | Evans & Son, Ltd. | 1,325.70 | 0.00% |
| 99 | James A Franzone Custodian Until Age 21 | 1,249.39 | 0.00% |
| 100 | James A Franzone Custodian Until Age 21 | 1,249.39 | 0.00% |
| 101 | James A Franzone Custodian Until Age 21 | 1,249.26 | 0.00% |
| 102 | James V.V. Burke | 1,234.59 | 0.00% |
| 103 | Jeffrey H. Lasky | 758.17 | 0.00% |
| 104 | Franklin Weil | 609.95 | 0.00% |
| 105 | Aron & Penina Schoenfeld | 303.82 | 0.00% |
| 106 | Matthew S. Magnuson | 255.93 | 0.00% |
| 107 | FF Reserve Account, LLC -- Class C | 109.69 | 0.00% |
| 108 | Millennium Trust Company Custodian FBO Michael A. Beck, IRA | 96.94 | 0.00% |
| 109 | TD Ameritrade FBO O'Donnell Lee, IRA | 95.48 | 0.00% |
| 110 | TD Ameritrade Custodian FBO Andrew T. Franzone, IRA | 107.67 | 0.00% |
| 111 | Andrew & Kate Ullman | 71.52 | 0.00% |
| 112 | Andrew T. Franzone, LLC -- Class C | 64.77 | 0.00% |
| 113 | PENSCO Trust Company Cust FBO Ashleigh K Aungst, ROTH IRA | 20.19 | 0.00% |
| | | **48,940,377.18** | **1.00** |