# FF FUND I, L.P.
# 19-22744-LMI
# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

# F5 BUSINESS INVESTMENT PARTNERS, LLC
# CASE NO. 20-10996-BKC-LMI
# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF FLORIDA
# MIAMI DIVISION

**Cases Jointly Administered**

**LIQUIDATING TRUSTEE'S THIRD QUARTERLY REPORT**

**April 19, 2022**

Soneet R. Kapila, Liquidating Trustee

# Third Quarterly Report of Liquidating Trustee

On June 3, 2021, the Court entered the Order [DE 494 filed on June 4, 2021] (the "Confirmation Order") confirming the (i) *Second Amended Chapter 11 Plan of Reorganization Proposed by FF Fund I, L.P. [DE 468] (the "FF Fund Plan")* and (ii) *Second Amended Chapter 11 Plan of Reorganization Proposed by F5 Business Investment Partners, LLC [DE 469] (the "F5 Plan")*, each dated May 18, 2021, (collectively, the "Second Amended Plans") proposed by FF FUND I, L.P. (the "FF Fund Debtor") and F5 BUSINESS INVESTMENT PARTNERS, LLC, (the "F5 Debtor"), as jointly administered debtors-in-possession (collectively the "Fund" or the "Debtors").

In accordance with ¶12 of the Confirmation Order confirming the Seconded Amended Plans, Soneet Kapila, the Liquidating Trustee ("Kapila" or the "Liquidating Trustee") for the Debtors submits his third quarterly report for the period January 1, 2022 through March 31, 2022 (the "Current Period").

I. **Activities and Actions Taken by the Liquidating Trustee During the Current Period**
   1. Kapila and his counsel, Paul Battista and Heather Harmon of Genovese, Joblove & Battista, continue to review responses to certain claim objections filed by the Liquidating Trustee.[1]
   2. KapilaMukamal, LP ("KM"), the Liquidating Trustee's financial advisors, continued to compile, review and analyze the bank records for the Debtors and related entities. KM prepared bank reconstructions for the four year period prior to the Petition Dates[2].

---

[1] The responses received for the claims objections filed by the Liquidating Trustee are for (i) Richard Pacheco $195,000 (FF Fund Debtor), (ii) Dimension Capital Management $425,902 (FF Fund Debtor, POC 5-2), (iii) Northbrook Real Estate Partners LLC $1,144,953 (FF Fund Debtor, POC 35-), and (iv) Aldwych Capital Partners LLC $384,000 (F5 Debtor, POC 10-1).
[2] The FF Fund Debtor's Petition Date was September 24, 2019, and the F5 Debtor's Petition Date was January 24, 2020.

2

3. GJB filed multiple lawsuits during the Current Period on the Liquidating Trustee's behalf for potential recovery of fraudulent transfers for the benefit of the estate, details which can be found on the Court's docket.
4. KM filed the post confirmation reports for the quarter ending December 31, 2021 for the Debtors on February 2, 2022 [DEs 553 and 554][3].
5. KM prepared an amended 2019 Form 1065 tax return, 2020 short period Form 1065 tax return for the FF Fund Debtor, accompanying disclosures and issued K1s to the limited partners.

II. **Status of Investments**

6. The majority of the investments are held under the F5 Debtor, with a few held directly under the FF Fund Debtor (collectively, the "Investments").
7. The majority of the Investments are illiquid, non-tradeable privately held interests in early stage or start-up companies, or minority interests in real estate partnerships or unsecured promissory notes with long term maturities. In general, transfers of the equity interests are subject to the provisions of operating or investment agreements which impose certain limitations on transferability of the Debtor's interest.
8. During the Current Period, the Liquidating Trustee has continued to pursue recovery of funds advanced by the Debtors, continued discussions for the potential redemption of the minority interest held in a privately held company and continues to receive and review investment and financial records for investments held in the Debtors' portfolio.

---

[3] On March 17, 2022, the Liquidating Trustee filed the Amended Post Confirmation Report for the quarter ending December 31, 2021 for the F5 Debtor [DE 562].

### III. <u>Conclusion</u>

9. The Liquidating Trustee will continue to discharge his duties and file his quarterly reports in accordance with the Confirmation Order.

                                      Respectfully submitted,

                                      /s/ Soneet R. Kapila
                                    Soneet R. Kapila, Liquidating Trustee