UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division
www.flsb.uscourts.gov

| | |
|---|---|
| **In re:** | **Chapter 11** |
| **FF FUND I, L.P.,** | **Case No. 19-22744-BKC-LMI** |
| **F5 BUSINESS INVESTMENT PARTNERS, LLC,** | **Case No. 20-10996-BKC-LMI** |
| **Debtors.** _____/ | **(Jointly Administered Under Case No. 19-22744-BKC-LMI)** |

**FF FUND MANAGEMENT'S MOTION FOR LIMITED RELIEF FROM THE TEMPORARY BAN PROHIBITING TRANSFERS OF FF FUND MANAGEMENT LLC'S INTEREST IN THE GENERAL PARTNER EQUITY INTERESTS IN CLASS 4**

COMES NOW, FF FUND MANAGEMENT, LLC, by and through its undersigned attorney, and files this *Motion for Limited Relief from the Temporary Ban Prohibiting Transfers of FF Fund Management GP's Interest in Class 4* (the "Motion"). Pursuant to this Motion for Leave, Mr. Franzone, as President of FF Fund Management, LLC, seeks entry of an order lifting the transfer prohibition set forth in this Court's *Order Granting Emergency Ex-Parte Motion of Liquidating Trustee for an Order Temporarily Prohibiting Transfer of Beneficial Interests in the FF Fund Liquidating Trust* (the "Transfer Prohibition Order") [ECF No. 642], and in support thereof states as follows:

1. On December 4, 2023, the Trustee, of the FF Fund Liquidating Trust and the F5 Liquidating Trust, filed his *Emergency Ex-Parte Motion of Liquidating Trustee for an Order Temporarily Prohibiting Transfer of Beneficial Interests in the FF Fund Liquidating Trust* [ECF No. 641] (the "Transfer Prohibition Motion").

2.     On December 4, 2023, the Court entered the Transfer Prohibition Order. The ban on transferring all interests in the FF Fund Liquidating Trust remains in place today, with the sole exception of the Class B Beneficial Interests held by Andrew Franzone's individual IRAs pursuant to this Court's recent *Order Granting in Part And Denying In Part Andrew Franzone's Motion To Cancel The Temporary Ban Prohibiting Transfers Of Beneficial Interests In The Liquidating Trust* [ECF No. 984].

3.     FF Fund Management LLC is a limited liability company owned and controlled by Andrew Franzone, who holds an interest in Class 4 through the General Partner Equity Interests (the "Class 4"). The FF Fund Management interest in Class 4 has not been recognized by the Trustee of the FF Fund Liquidating Trust and the F5 Liquidating Trust. The FF Fund Management interest in Class 4 is presently being litigated in an adversary proceeding, *FF Fund Management, LLC, v. Soneet R. Kapila, as the Liquidating Trustee of the FF Fund Liquidating Trust and the F5 Liquidating Trust*, Case No. 24-01491-LMI).

4.     Mr. Andrew Franzone, as President of FF FUND MANAGEMENT, LLC, has assigned subject to this Motion for Leave being granted his Class 4 interest in FF Fund Management to George J. Vila, P.A. (as "Vila"), and Rubinstein & Corozzo, LLP (as "Corozzo"), to secure attorney's fees and litigation costs.

5.     Upon the entry of an Order granting this Motion for Leave, Mr. Andrew Franzone intends to memorialize his April 9, 2025 transfer of the Class 4 interest of FF Fund Management to Vila and Corozzo, as payment of legal fees and costs due in connection with his representation of FF Fund Management's litigation, and other cases and seeks leave from Court to permit the transfer of the Class 4 interest to Vila and Corozzo.

6.      Accordingly, attorney Vila files this Motion, pursuant to Local Rule 9013(B) seeking an Order, substantially in the form uploaded to the Court via CM/ECF, lifting the stay imposed by the Transfer Prohibition Order solely as to authorizing the transfer of FF Fund Management GP's interest in Class 4 to Vila and Corozzo.

7.      The undersigned submits that no parties in interest will be affected by the relief sought in this Motion and the Motion is not filed for purposes of delay.

**WHEREFORE**, Andrew Franzone, as President of FF FUND MANAGEMENT, LLC respectfully requests that this Court enter an Order**:** (i) lifting the stay imposed by the Transfer Prohibition Order solely as to authorizing Andrew Franzone as President of FF Fund Management LLC to transfer its Class 4 Interests to Vila and Corozzo, and (ii) granting such other and further relief as this Court deems necessary.

Dated: April 9, 2025.                               **GEORGE J. VILA, P.A.**
                                                    George J. Vila, Esq.
                                                    Florida Bar No.: 141704
                                                    201 Alhambra Circle, Ste. 702
                                                    Coral Gables, Florida    33134
                                                    Tel: (305) 445-2540
                                                    Email: gvila@gjvpa.com
                                                    */s/ George J. Vila*
                                                    **George J. Vila, Esq.**

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served via transmission of a Notice of Electronic Filing through the Court's CM/ECF system upon all parties requesting electronic service this 9th day of April, 2025.

                                                    */s/ George J. Vila*
                                                    **George J. Vila, Esq.**